**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GREGORY ROSE                                                                                          PLAINTIFF

v.                                            3:13CV00253-JLH-JJV

MISSISSIPPI COUNTY,
ARKANSAS; *et al.*                                                                              DEFENDANTS

## ORDER

1. Service is appropriate for Defendant Alonzo Cummins.

2. The Clerk of the Court shall prepare summons for Mr. Cummins.

3. The United States Marshal shall serve a copy of the Complaint, Amended Complaint, (Doc. Nos. 1, 5) and summons on Mr. Cummins without prepayment of fees and costs or security therefore.

SO ORDERED this 28th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE