**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GREGORY ROSE                                                                                             PLAINTIFF

v.                                    No. 3:13CV00253 JLH-JJV

MISSISSIPPI COUNTY,
ARKANSAS; *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The complaint and amended complaint fail to state a claim upon which relief may be granted against defendants Mississippi County, Dell Cook, Claboron Hicks, Jeff Thomas, Jane Doe "Sergeant Peggy," and Luther Whitfield, so Gregory Rose's claims against them are dismissed without prejudice.

IT IS SO ORDERED this 21st day of February, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE