**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GREGORY ROSE                                                                              PLAINTIFF

v.                                           No. 3:13CV00253-JLH-JJV

MISSISSIPPI COUNTY,
ARKANSAS; *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Clerk of Court shall alter the docket to reflect that defendant Alonzo Cummins is properly Alonzo Cummings.

2.      Alonzo Cummings' motion for summary judgment is DENIED.  Document #37.

IT IS SO ORDERED this 25th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE