## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GREGORY ROSE                                                                                          PLAINTIFF

v.                                          NO. 3:13CV00253 JLH/JJV

ALONZO CUMMINGS, Jailer,
Mississippi County Jail                                                                               DEFENDANT

## ORDER

The final scheduling order set this matter for jury trial sometime during the week of February 22, 2016, in Little Rock, Arkansas. The Court has determined that the jury trial will begin at **9:15 a.m., on MONDAY, FEBRUARY 22, 2016**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Counsel and parties should be present by 8:30 a.m.

IT IS SO ORDERED this 28th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE