# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GREGORY ROSE                                                                                        PLAINTIFF

v.                                              NO. 3:13CV00253 JLH/JJV

ELONZO CUMMINGS                                                                                  DEFENDANT

## ORDER

Court convened for jury trial in this matter on Monday, February 22, 2016. During the course of the trial, the Court was informed that defendant's true name is Elonzo Cummings. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Elonzo Cummings.

IT IS SO ORDERED this 23rd day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE