**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GREGORY ROSE                                                                                          PLAINTIFF

v.                                          No. 3:13CV00253-JLH-JJV

ELONZO CUMMINGS, Jailer,
Mississippi County Jail                                                                              DEFENDANT

## JUDGMENT

On the 22nd day of February, 2016, this action came before the Court for trial by jury. The plaintiff, Gregory Rose, appeared in person and with his lawyer, Glenn Lovett, Jr. The defendant, Elonzo Cummings, appeared in person and with his lawyers, Thomas J. Diaz and Joshua Derek Standerfer. Both parties announced ready for trial. A jury of twelve was duly selected and sworn. After all of the evidence had been received and the jury had been duly instructed on the law, on February 23, 2016, the jury returned a verdict in favor of the defendant, Elonzo Cummings. Judgment is therefore entered in favor of Elonzo Cummings on the claims of Gregory Rose. The complaint of Gregory Rose is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE