**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GREGORY ROSE                                                                                          PLAINTIFF

v.                                          No. 3:13CV00253-JLH-JJV

ELONZO CUMMINGS, Jailer,
Mississippi County Jail                                                                        DEFENDANT

## ORDER

Pending before the Court is the application dated March 2, 2016, by Glenn Lovett, Jr., for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the library fund, the Court orders that the Clerk of the Court disburse money from the library fund in the amount of $1,025.91 and distribute it to Glenn Lovett, Jr. A copy of this Order, together with the application, must be placed in the library fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 3rd day of March, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE